IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| EDWARD WILCOX, | * | |
| Plaintiff, | * | |
| v. | * | CV 322-183 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

O R D E R

On May 15, 2024, the parties filed a "Stipulation of Voluntary Dismissal With Prejudice" signed by both parties.  Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.  The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE